United States Courts
Southern District of Texas
F I L E D

**MAY 22 2019**

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **CRIMINAL NO.  H-19-0029S** |
| **TRACY BROTHERTON** | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about September 7, 2018 in the Houston Division of the Southern District of Texas, the defendant,

**TRACY BROTHERTON,**

did knowingly possess a firearm, namely a destructive device, that was not registered to her in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871.

### COUNT TWO

On or about September 7, 2018 in the Houston Division of the Southern District of Texas, the defendant,

**TRACY BROTHERTON,**

did knowingly and intentionally possess with the intent to distribute less than 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II narcotic controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (c).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession of an Unregistered Destructive Device, as charged in Count One, the destructive device possessed in a violation of Title 26, United States Code, Sections 5861(d), 5845, and 5871 is subject to forfeiture.

**A TRUE BILL:**

Original Signature on File

$\overline{Y}$

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**

BY: _____
    **Lisa Collins**
    **Assistant United States Attorney**